IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cv-00094-D

| | |
|---|---|
| GEORGE BUCCIGROSSI, WILLIAM LANGSTON, CLAY WAGNER, LINDA WETZEL and MICHAEL CAIOLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware Corporation, LUMBER LIQUIDATORS LEASING, LLC, a Delaware Limited Liability Corporation, LUMBER LIQUIDATORS SERVICES, LLC, a Delaware Limited Liability Corporation,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING MDL CONSIDERATION** |

This Court is in receipt of the Parties' Joint Motion to Stay Proceedings Pending MDL Consideration.

In light of the statements made in the Parties' Motion, and for good cause appearing, **IT IS HEREBY ORDERED THAT**

1. This action is stayed pending the transfer decision of the Judicial Panel on Multidistrict Litigation;

2. All deadlines, including Lumber Liquidators' obligation to respond to Plaintiffs' Complaint or Amended Complaint, are vacated until further order of the Court; and

3. The parties shall notify the Court of the MDL Panel's decision within 10 days of the decision.

So ORDERED. This **20** day of April 2015.

*/s/ James Dever*
JAMES C. DEVER III
Chief United States District Judge